# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| PAUL WEISHAAR, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No.: 4:17-cv-02384-AGF |
| v. | Jury Trial Demanded |
| O'REILLY AUTOMOTIVE STORES, INC., | |
| Defendant. | |

## DEFENDANT O'REILLY AUTOMOTIVE STORES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant O'Reilly Automotive Stores, Inc. ("O'Reilly" or "Defendant") moves to dismiss Plaintiff Paul Weishaar's Petition for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). As more fully explained in the accompanying memorandum of law, the Petition fails to satisfy Rule 9(b)'s pleading requirements, no reasonable consumer would be deceived by the claim "down to -20 degrees Fahrenheit," and Weishaar has not plausibly alleged that he suffered any ascertainable loss. In the alternative, O'Reilly moves to dismiss pursuant to Rule 12(b)(1) because Weishaar lacks standing to bring any claims for products that he did not purchase.

**WHEREFORE**, Defendant O'Reilly Automotive Stores, Inc. respectfully requests that this Court grant its Motion to Dismiss, dismiss the Petition in its entirety with prejudice, and order such other and further relief as this Court deems just and proper.

Dated: September 15, 2017       Respectfully submitted,

**HEPLERBROOM LLC**

By: /s/ W. Jason Rankin
     Gerard T. Noce, #27636
     W. Jason Rankin, #62672
     Charles N. Insler #58623
     One Metropolitan Square
     211 North Broadway Suite 2700
     St. Louis, MO 63102
     (314) 241-6160
     (314) 241-6116 - Facsimile
     gtn@heplerbroom.com
     wjr@heplerbroom.com
     cni@heplerbroom.com

*Counsel for the Defendant O'Reilly Automotive Stores, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 15th day of September, 2017, a true and correct copy of the foregoing document was served upon the following Counsel of Record via the Court's electronic notification system, electronic mail, and/or U.S. Mail, postage prepaid:

| | |
|---|---|
| Ryan P. Horace<br>SWMW Law, LLC<br>701 Market Street, Suite 1000<br>St. Louis, MO 63101<br>(314) 480-5180<br>ryan@swmwlaw.com | Steven J. Stolze<br>Holland Law Firm<br>300 N. Tucker, Suite 800<br>St. Louis, MO 63101<br>(314) 640-7550<br>stevenstolze@yahoo.com |

*Attorneys for Plaintiff*

/s/ W. Jason Rankin