UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAUL WEISHAAR, on behalf of himself and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) O'REILLY AUTOMOTIVE STORES, INC,) ) Defendant. ) | Case No. 4:17-cv-02384-AGF |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through counsel, SWMW Law, LLC, and pursuant to the Federal Rules of Civil Procedure, states as follows:

1. Rule 41(a)(1) of the Federal Rules of Civil Procedure states that a plaintiff may dismiss an action without a court order by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

2. Defendant has neither filed an answer nor a motion for summary judgment in this matter.

Consequently, Plaintiffs voluntarily dismiss the instant action immediately, without prejudice pursuant to Rule 41(a)(1).

Respectfully Submitted,

**SWMK Law, LLC**

By: /s Ryan Horace
    Ryan P. Horace, #64918MO
    ryan@swmklaw.com
    **Attorneys for Plaintiffs**
    701 Market Street, Suite 1000
    St. Louis, MO 63101
    (314) 480-5180
    (314) 932-1566 – Facsimile

Steven J Stolze  #39795MO
Holland Law, of counsel
300 N Tucker Suite 800
St Louis, MO 63102
314-640-7550
stevenstolze@yahoo.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system on September 18, 2017.

/s/ Ryan Horace